**Order entered January 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00740-CV

**ROSALYNN R. COLEMAN, Appellant**

**V.**

**PATRICK CALVANO, OAK PARK EQUITIES, L.P., and
DOMINION REALTY ADVISORS, Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-11-06496-D**

## ORDER

On December 23, 2013, appellant filed "Appallant's [sic] Objection to Appeals Court Ruling" in which she objected to this Court's denial of her motion for rehearing. Appellant's objection is **OVERRULED**.

/s/ ELIZABETH LANG-MIERS
JUSTICE